UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FRANCIS J. SERIGNY (#108190)**                                  CIVIL ACTION

**VERSUS**

**JAMES M. LEBLANC, ET AL.**                          NO. 20-00727-BAJ-EWD

## RULING AND ORDER

Before the Court is Plaintiff's *pro se* Complaint (Doc. 1), alleging violations of his due process rights in connection with his September 22, 2020 parole hearing. Plaintiff, a prisoner, is proceeding *in forma pauperis*. Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a Report and Recommendation (Doc. 6) recommending that Plaintiff's federal claims be dismissed with prejudice as frivolous, and further recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims, and that this action be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 10)** is **DENIED** due to Plaintiff's failure to accompany his Motion with a memorandum of law and proposed statement of material facts, as required by this Court's Local Rules. *See* M.D. La. LR 7, 56.

A judgment will issue separately.

Baton Rouge, Louisiana, this 9th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**